**Dismiss and Opinion Filed December 9, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00981-CV**

**TESHOME S. HAILE, Appellant**
**V.**
**GLO NITE, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-02395**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

The filing fee, docketing statement, and clerk's record in this case are overdue.

By postcards dated August 20, 2024 and September 25, 2024, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. By postcard dated August 20, 2024, we notified appellant the docketing statement was due and directed appellant to file the docketing statement within ten days. To date, appellant has not paid the filing fee or filed the docketing

statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

240981f.p05

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

TESHOME S. HAILE, Appellant

No. 05-24-00981-CV     V.

GLO NITE, INC., Appellee

On Appeal from the 68th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-23-02395. Opinion delivered by Chief Justice Burns. Justices Molberg and Pedersen, III participating.

      In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 9th day of December, 2024.